IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

**PATRICIA KENNEDY,**

    Plaintiff,

v.

                                    Case No: 6:17-cv-1315-GAP-DCI

**SHIVSTAR INVESTMENTS, LLC.,**

    Defendant,

_____/

## STIPULATION AGREEMENT FOR FEES AND COSTS

IT IS HEREBY stipulated and agreed as part of resolution of the above-referenced lawsuit, that the defendant, GULFGATE PLAZA, LLC., shall pay to Thomas B. Bacon, P.A., attorney's fees, expert fees, reinspection fee, costs and expenses in the amount of $ 11,000.00.

These are the actual fees and costs incurred without the consideration of a multiplier and with no other charges for reinspection except as indicated above and as contemplated by the Parties' Consent Decree.

The parties acknowledge that costs incurred are necessary, reasonable, and customary and represent the time necessary to completion of this process billed at a reasonable hourly rate.

The Defendant agrees to make payment to "Thomas B. Bacon, P.A." within ten (10) days from the date on which the Consent Decree was executed, not to be disbursed until the Stipulation for Dismissal has been delivered to the Court.

Agreed and stipulated to on the date(s) indicated below by the parties endorsements below:

FOR THE PLAINTIFFS                                FOR THE DEFENDANT

By: /s/ *Philip Michael Cullen, III*

| Philip Michael Cullen, III, Esq.<br>Thomas B. Bacon, P.A.<br>621 South federal Highway, Ste 4<br>Fort Lauderdale, Florida 33301<br>ph. (954) 462-0600<br>fax (954) 462-1717<br>cullen@thomasbaconlaw.com | *[signature]*<br>PANKAJ PATEL<br>MBR |